MR. JUSTICE SHEA
concurring;
I concur with both the reversal and dismissal ordered in this case. I add, however, that the trial courts should, as a matter of course when reserving a decision on a motion in limine, refuse to let the attorneys mention the allegedly admissible evidence to the jury before the time comes for an actual ruling on its admissibility.
If that is done, there would then be no danger of creating the prejudicial situation such as occurred here. Here, the trial court ultimately and properly ruled the evidence to be inadmissible but the jury had already heard what the evidence would be when the prosecutor made his opening statement. The jury could not eradicate these harmful statements from its mind in reaching its decision, and we must not delude ourselves into thinking it could do so.